1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )    CV-08-8022-PCT-LOA
                                          )
10              Plaintiff,                )    **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    2004 Dodge 1500 Quad Cab Truck etc.; et)
13  al,                                   )
                                          )
14              Defendants.               )
                                          )
15  _____)

16

17          This matter arises upon the parties recent consent to magistrate-judge

18  jurisdiction pursuant to 28 U.S.C. § 636(c) and Rule 73, FED.R.CIV.P.  (docket # 8)

19          In light of the undersigned's responsibilities under the Civil Justice Reform

20  Act, 28 U.S.C. §471 *et seq.*; that a 21 U.S.C. § 881(a)(6) action is a civil *in rem* forfeiture

    proceeding, *United States v. Santoro*, 866 F.2d 1538, 1543-44 (4th Cir.1989); *United States
21
    v. One 1985 Mercedes*, 917 F.2d 415 (9th Cir.1990); and that the "[p]rocedure in civil *in rem*
22
    forfeiture actions is governed by the Federal Rules of Civil Procedure to the extent consistent
23
    with the Supplemental Rules for Certain Admiralty and Maritime Claims [Supplemental Rule
24
    C, 28 U.S.C.A.], and otherwise by the Supplemental Rules themselves." *United States v. 3
25
    Parcels in La Plata County, Colo.*, 919 F.Supp. 1449, 1452 (D.Nev. 1995) (citations
26
    omitted):
27
    ///
28

**IT IS ORDERED**:

(1) that a scheduling conference will be held pursuant to Rule 16(b), F.R.Civ.P., before the undersigned on **Thursday, July 17, 2008, at 10:00 a.m.** in the undersigned's chambers, Suite 322, Third Floor, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, AZ.  Lead counsel for each party shall be physically present and shall have his client's authority to enter into binding stipulations and make admissions regarding all matters which may be discussed. Rule 16(c), FED.R.CIV.P.

Parties are directed to meet **at least ten (10) days** before the conference, in accordance with Rule 26(f), F.R.Civ.P., to discuss the following matters:

A.  Any matters relating to jurisdiction or venue or the joinder of additional parties;

B.  The nature and bases of their claims and defenses and the possibilities for a prompt settlement or resolution of the case;

C.  A schedule of all pretrial proceedings;

D.  Modification of pretrial procedures due to the simplicity or complexity of the case;

E.  Any other matters which counsel believe may help dispose of the matter in an efficient manner.

F.  Counsel shall file with the Court by **5:00 p.m. on or before Monday, July 14, 2008**, a proposed **Joint Case Management Report** reflecting the results of their meeting and outlining the discovery plan.  The report shall include individually numbered brief statements indicating:

1.  The nature of the case:  the factual and legal basis of plaintiff's claims and defendants' defenses.

2.  The factual and legal issues genuinely in dispute and whether they can be narrowed by stipulation or motions.

3.  The federal jurisdictional basis of the case citing specific statutes.

4.  The parties, if any, that have not been served.

5.  Whether there are dispositive or partially dispositive issues to be decided by pretrial motions.

6. The status of related cases pending before other Judges of this District Court or before other courts.

7.  Suggested changes, if any, in the limitations on discovery imposed by Rule 26(b)(2), F.R.Civ.P., to minimize the expense of discovery.

8.  A statement of whether initial disclosures were made or will be made, or any proposed changes in the requirements for initial disclosures set forth in Rule 26(a), F.R.Civ.P.

9.  Proposed deadlines for:

(a)  filing motions to amend pleadings and motions to join additional parties;

(b)  disclosure of expert testimony under Rule 26(a)(2)(C), F.R.Civ.P.;

(c)  completing discovery;

(d)  filing dispositive motions; and

(e)  filing a pretrial statement

(f)  suggested date(s) for the final pretrial conference and trial.

10.  Estimated length of trial.

11.  Whether a jury trial has been requested.

12.  The prospects for settlement.  Does any party wish to have a settlement conference before this or another Magistrate Judge? How can settlement efforts be assisted?

13.  Any unusual, difficult, or complex problems affecting the conduct of the case.

14.  Any other matters which counsel believe will aid in expediting the disposition of this matter more quickly.

After the conference and pursuant to Rule 16(b), FED.R.CIV.P., the Court  will enter orders limiting the time within which counsel may file pretrial motions, complete

1  discovery, and file dispositive motions.  The Court's order shall control the course of this

2  action unless modified by subsequent order.

3          **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised

4  of the possibility of settlement and should settlement be reached, the parties shall

5  immediately file a Notice of Settlement with the Clerk of the Court with a copy to this

6  Court's chambers. LRCiv 40.2(d).  This Court views compliance with the provisions of this

7  Order as critical to its case management responsibilities and the responsibilities of the parties

8  under Rule 1 of the Federal Rules of Civil Procedure.

9          The Rule 16(b) scheduling conference may be vacated upon chamber's timely

10  receipt of a Stipulation for Dismissal of this action signed by all counsel of record.

11          DATED this 30th day of May, 2008.

12

13

14                          Lawrence O. Anderson
                        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28