**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CV-08-8022-PCT-LOA |
| ) | |
| Plaintiff, ) | **STIPULATED JUDGMENT** |
| ) | |
| vs. ) | **CERTIFICATE OF REASONABLE CAUSE** |
| ) | |
| 2004 Dodge 1500 Quad Cab Truck etc.; et ) al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, United States of America, by and through its attorney, DIANE J. HUMETEWA, United States Attorney for the District of Arizona, and Assistant United States Attorney, Jennifer F. Levinson, and David G. Bednar, counsel for Claimants Valentin Calderon, Jose Barrandey, and Maria Ricarda Calderon Martinez, presented a signed stipulation regarding their interests in the above-captioned Defendant vehicles to resolve this matter.

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** that:

A. Claimants agree to provide payment of costs and expenses, including storage fees, associated with Defendant vehicles described in paragraph 2. Payment should be made via a cashier's check or money order, payable to the United States Marshals Service.

1                    B.  Claimants agree that the estimated costs and expenses as of May
2 31, 2008, related to the 2004 Dodge 1500 Quad Cab Truck, VIN: 1D7HU18D34S646587
3 is $2,059.77.  Claimants agree that the estimated costs and expenses as of May 31 , 2008,
4 related to the 2000 GMC Sierra 1500 Pick-up VIN: 1GTEK14T0YZ234091, also totals
5 $2,059.77.  The amount of the costs and expenses increase by $4.00 per vehicle per day.
6 Claimants agree that the exact amount Claimants are required to pay will be provided by
7 the United States Marshals Service at the time of payment.
8                    C.  Claimants agree to withdraw any and all claims filed or submitted
9 regarding Defendant vehicle described as: 2004 Dodge 1500 Quad Cab Truck, VIN:
10 1D7HU18D34S646587, and consent to the forfeiture of this vehicle to the United States.
11                    D.   Upon payment of costs and expenses, including storage fees,
12 associated with Defendant vehicles upon the terms set forth in subsection A, the United
13 States agrees to return to Claimant MARTINEZ the Defendant vehicle described as: 2000
14 GMC Sierra 1500 Pick-up Truck, VIN: 1GTEK14T0YZ234091, in substantially the same
15 condition as when it was seized.
16                    E.  Claimant MARTINEZ must pay the costs and expenses set forth
17 in subsections A and B, and pick up Defendant vehicle described in subsection D, at the
18 United States Marshal's Yuma Office within thirty days of entry of this Stipulated
19 Judgement and Certificate of Reasonable Cause.  Claimant MARTINEZ shall also bring
20 government-issued identification with her in order to pick up the Defendant vehicle.
21            The Court **finds** that the agents of the United States, Department of Justice,
22 Drug Enforcement Administration and United States Marshals Service had reasonable
23 grounds to seize Defendant vehicles described herein pursuant to the terms of 28 U.S.C. §
24 2465, and that Claimants have not substantially prevailed as the result of this settlement
25 agreement.
26            **IT IS FURTHER ORDERED** that Claimants do hereby release and
27 forever discharge the United States and the Department of Justice, the Drug Enforcement
28 Administration and all officers, employees, contract employees, agents, and task force

1  agents from any and all actions, causes of action, suits, proceedings, debts, dues,
2  contracts, judgments, damages, claims, and/or demands whatsoever in law or equity
3  which Claimants, their heirs, successors, or assigns ever had, now have, or may have in
4  the future in connection with the seizure, detention, and forfeiture of the above-captioned
5  Defendant vehicles.

6       **IT IS FURTHER ORDERED** that each party shall be responsible for its,
7  his or her litigation costs and attorney fees incurred in, and related to, the seizure of
8  Defendant property.

9       **IT IS FURTHER ORDERED** requesting the Clerk of the Court to please
10 mail a copy of this Order to David G. Bednar, Counsel for Claimants at 121 East Birch
11 Avenue, Suite 409, Flagstaff, AZ 86001-4621.

12      DATED this 23rd day of June, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge